IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Hunter J. Green, | : | Case No. 23-20029 GLT |
| | : | |
| Debtor. | : | Document No. |

## NOTICE OF ADDRESS CHANGE FOR DEBTOR

TO: CLERK, US BANKRUPTCY COURT:

Please correct the mailing address for Debtor as follows:

Address filed on petition: 207 Cypress Street, West Newton, PA 15089

New address is: 47 Iowa Street, Apartment 7, Uniontown, PA 15401

Dated: February 24, 2023

                ZEBLEY MEHALOV & WHITE, P.C.
                BY

                /s/ Sarah E. Connelly
                Sarah E. Connelly
                Pa. ID No. 309026
                P.O. Box 2123
                18 Mill Street Square
                Uniontown, PA 15401
                Telephone: 724-439-9200
                Email: sarah@Zeblaw.com
                Attorney for Debtor