**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **BANKRUPTCY NO. 23-20029-GLT** |
| HUNTER J. GREEN | ) | |
| | ) | |
| DEBTOR | ) | **CHAPTER 7** |
| ********************************** | ) | |
| ROBERT H. SLONE, TRUSTEE | ) | |
| | ) | **DOCUMENT NO.** |
| MOVANT | ) | |
| vs. | ) | |
| | ) | |
| HUNTER J. GREEN | ) | |
| | ) | |
| RESPONDENT | ) | |

**WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. This case was filed on January 6, 2023.   Robert H. Slone as the duly and acting Trustee in this case, having conducted the Section 341(a) Meeting of Creditors on February 24, 2023.

2. On February 24, 2023, the Trustee filed the Trustee's Report of No Distribution in the above captioned case.

3. On or about April 10, 2023, Robert H. Slone learned that the Debtor has an interest in the Estate of Joseph G. Green, Debtor's father, including death benefits from his deceased father's Greater PA Carpenters' Pension Fund and Local Carpenters' Union as a beneficiary. The Trustee would like to administer the Debtor's interest in his father's estate as an asset of the bankruptcy estate.

4. The Trustee respectfully requests that the Trustee's Report of No Distribution filed on February 24, 2023 be withdrawn at this time.

Dated:    April 13, 2023          /s/ ROBERT H. SLONE
                                   Robert H. Slone, Esquire
                                   PA I.D. No. 19963
                                   MAHADY & MAHADY
                                   223 South Maple Avenue
                                   Greensburg, PA 15601
                                   (724) 834-2990
                                   robertslone223@gmail.com