FILED
4/13/23 2:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY NO. 23-20029-GLT |
| HUNTER J. GREEN ) | |
| ) | |
| DEBTOR ) | CHAPTER 7 |
| ********************************** ) | |
| ROBERT H. SLONE, TRUSTEE ) | |
| ) | DOCUMENT NO. |
| MOVANT ) | |
| vs. ) | |
| ) | Related to Docket No. 25 |
| HUNTER J. GREEN ) | |
| ) | |
| RESPONDENT ) | |

**WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. This case was filed on January 6, 2023. Robert H. Slone as the duly and acting Trustee in this case, having conducted the Section 341(a) Meeting of Creditors on February 24, 2023.

2. On February 24, 2023, the Trustee filed the Trustee's Report of No Distribution in the above captioned case.

3. On or about April 10, 2023, Robert H. Slone learned that the Debtor has an interest in the Estate of Joseph G. Green, Debtor's father, including death benefits from his deceased father's Greater PA Carpenters' Pension Fund and Local Carpenters' Union as a beneficiary. The Trustee would like to administer the Debtor's interest in his father's estate as an asset of the bankruptcy estate.

4. The Trustee respectfully requests that the Trustee's Report of No Distribution filed on February 24, 2023 be withdrawn at this time.

Dated:   April 13, 2023   

/s/ ROBERT H. SLONE
Robert H. Slone, Esquire
PA I.D. No. 19963
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA 15601
(724) 834-2990
robertslone223@gmail.com

**SO ORDERED**
April 13, 2023

drb

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20029-GLT |
| Hunter J. Green | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 13, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hunter J. Green, 47 Iowa Street, Apt. 7, Uniontown, PA 15401-3521 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com |
| Robert H. Slone, Trustee | on behalf of Trustee Robert H. Slone Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com |
| Sarah Elizabeth Connelly | on behalf of Debtor Hunter J. Green Sarah@zeblaw.com janet@zeblaw.com;sheila@zeblaw.com;connelly.sarahr63228@notify.bestcase.com |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Apr 13, 2023     Form ID: pdf900     Total Noticed: 1
TOTAL: 6