Form 154

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

31

In re: Bankruptcy Case No.: 23−20029−GLT

Chapter: 7

**Hunter J. Green**
  Debtor(s)

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has now reported that property in the estate is available or may become available for distribution to creditors.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **June 26, 2023**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing−proof−claim using the Electronic Proof of Claim ("ePOC") System.

   Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing−proof−claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**          Michael R. Rhodes
  U.S. Bankruptcy Court                      *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 4/17/23

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 23-20029-GLT
Hunter J. Green     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 3
Date Rcvd: Apr 17, 2023     Form ID: 154     Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Hunter J. Green, 47 Iowa Street, Apt. 7, Uniontown, PA 15401-3521 |
| 15559810 | + | First Bank & Trust, P.O. Box 9208, Old Bethpage, NY 11804-9208 |
| 15559834 | + | Webbank/Prosper Funding, LLC, 221 Main Street--Suite 300, San Francisco, CA 94105-1906 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | EDI: RECOVERYCORP.COM | Apr 18 2023 03:35:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15559799 | + | Email/PDF: bncnotices@becket-lee.com | Apr 17 2023 23:47:46 | American Express, P.O. Box 981540, El Paso, TX 79998-1540 |
| 15559800 | + | EDI: BANKAMER.COM | Apr 18 2023 03:34:00 | Bank of America, N.A., Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15559806 | | Email/Text: correspondence@credit-control.com | Apr 17 2023 23:41:00 | Credit Control, LLC, 3300 Rider Trail S, Suite 500, Earth City, MO 63045 |
| 15559801 | | EDI: CAPITALONE.COM | Apr 18 2023 03:35:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15559802 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 17 2023 23:40:00 | Capital One/Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 15559804 | + | EDI: CITICORP.COM | Apr 18 2023 03:35:00 | Citibank, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 15559805 | + | Email/Text: bankruptcy@commercebank.com | Apr 17 2023 23:41:00 | Commerce Bank, P.O. Box 419248, Mailstop: KCREC-10, Kansas City, MO 64141-6248 |
| 15559808 | + | Email/Text: alexis@multisourcellc.com | Apr 17 2023 23:41:00 | DNF Associates, LLC, 2351 N. Forest Road, Suite 110, Getzville, NY 14068-9902 |
| 15559821 | + | EDI: CITICORP.COM | Apr 18 2023 03:35:00 | Macy's, Bankruptcy Processing, 9111 Duke Boulevard, Mason, OH 45040 |
| 15559807 | + | EDI: DISCOVER.COM | Apr 18 2023 03:35:00 | Discover Financial Services, LLC, Attn: Bankruptcy Department, PO Box 3025, New Albany, OH 43054-3025 |
| 15559811 | | Email/Text: SAABankruptcy@fcbanking.com | Apr 17 2023 23:41:00 | First Commonwealth Bank, P.O. Box 400, Indiana, PA 15701-0400 |
| 15559809 | | Email/Text: data_processing@fin-rec.com | Apr 17 2023 23:41:00 | Financial Recovery Services, Inc., P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 15559812 | + | EDI: PHINGENESIS | | |

Case 23-20029-GLT   Doc 34   Filed 04/19/23   Entered 04/20/23 00:25:23   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 17, 2023 | Form ID: 154 | Total Noticed: 39 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15559813 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 18 2023 03:35:00 | Genesis FS Card Services Mastercard, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 15559814 | + | EDI: HFC.COM | Apr 17 2023 23:41:00 | Goldman Sachs Bank USA/Apple Card, P.O. Box 70379, Philadelphia, PA 19176-0379 |
| 15559815 | + | Email/Text: bankruptcy@huntington.com | Apr 18 2023 03:35:00 | HSBC Bank, P.O. Box 2013, Buffalo, NY 14240-2013 |
| 15559816 | + | EDI: PHINGENESIS | Apr 17 2023 23:41:00 | Huntington National Bank, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 15559803 | | EDI: JPMORGANCHASE | Apr 18 2023 03:35:00 | Indigo Mastercard, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 15559817 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 18 2023 03:35:00 | Chase, P.O. Box 15298, Wilmington, DE 19850-5299 |
| 15559818 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 17 2023 23:41:00 | KeyBank, Bankruptcy Department, OH-01-51-0622, 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 15559819 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2023 23:40:00 | Kohl's/Capital One, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15559820 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2023 23:47:48 | LVNV Funding/Resurgent Capital Services, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15559823 | | Email/Text: EBN@Mohela.com | Apr 17 2023 23:47:46 | LVNV Funding/Resurgent Capital Servuces, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15559824 | ^ | MEBN | Apr 17 2023 23:41:00 | MOHELA/US Department of Education, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 15559822 | + | EDI: PHINGENESIS | Apr 17 2023 23:36:25 | MRS BPO, LLC, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 15559825 | ^ | MEBN | Apr 18 2023 03:35:00 | Milestone Mastercard, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 15559826 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 17 2023 23:36:22 | NCB Management Services, Inc., P. O. Box 1099, Langhorne, PA 19047-6099 |
| 15559827 | | EDI: PRA.COM | Apr 17 2023 23:40:00 | PNC Mortgage, Attn: Bankruptcy, P.O. Box 8819, Dayton, OH 45401 |
| 15559828 | + | Email/Text: bknotice@raslavrar.com | Apr 18 2023 03:35:00 | Portfolio Recovery, 140 Corporate Boulevard--Suite 1, Norfolk, VA 23502 |
| 15560116 | + | EDI: RMSC.COM | Apr 17 2023 23:40:00 | RAS LaVrar, LLC, 1133 S. University Drive, 2nd Floor, Plantation, FL 33324-3303 |
| 15559830 | | EDI: RMSC.COM | Apr 18 2023 03:35:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15559831 | + | EDI: RMSC.COM | Apr 18 2023 03:35:00 | Synchrony Bank/Amazon, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15559832 | | EDI: RMSC.COM | Apr 18 2023 03:35:00 | Synchrony Bank/Dick's Score Rewards, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15559833 | + | EDI: RMSC.COM | Apr 18 2023 03:35:00 | Synchrony Bank/Sam's Club, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15559835 | + | Email/Text: BKRMailOps@weltman.com | Apr 18 2023 03:35:00 | Synchrony Bank/Venmo, Attn: Bankruptcy Deptartment, P.O. Box 965015, Orlando, FL 32896-5015 |
| | | | Apr 17 2023 23:41:00 | Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |

TOTAL: 36

Case 23-20029-GLT    Doc 34    Filed 04/19/23    Entered 04/20/23 00:25:23    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 17, 2023 | Form ID: 154 | Total Noticed: 39 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15559829 | ##+ | SoFi Lending Corp., 10701 Parkridge Boulevard--Suite 120, Reston, VA 20191-4423 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2023                                    Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com  rslone@pulsenet.com;pa07@ecfcbis.com |
| Robert H. Slone, Trustee | on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com |
| Sarah Elizabeth Connelly | on behalf of Debtor Hunter J. Green Sarah@zeblaw.com janet@zeblaw.com;sheila@zeblaw.com;connelly.sarahr63228@notify.bestcase.com |

TOTAL: 6