**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/17/23 11:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY NO. 23-20029-GLT |
| HUNTER J. GREEN | ) | |
| | ) | CHAPTER 7 |
| DEBTOR | ) | |
| ********************************** | ) | Related to Docket No. 28 |
| ROBERT H. SLONE, TRUSTEE | ) | |
| MOVANT | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENTS | ) | |

**ORDER OF COURT**

AND NOW, this _17th Day of April_, 2023, upon consideration of the Application to Appoint Counsel to the Chapter 7 Trustee filed at Doc. No. 28, it is **ORDERED, ADJUDGED and DECREED** as follows:

1. The Application is approved as of the date the Application was filed.

2. Robert H. Slone, Esquire, and the law firm of Mahady & Mahady are hereby appointed as Counsel for the Chapter 7 Trustee in this bankruptcy proceeding for the reasons set forth in the Application.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including; the time and labor reasonably required by the applicant to perform, the novelty and difficulty of the issued presented, the skill requisite to perform the service properly, the preclusion of other employment due to acceptance of this case, the customary fee for similar services, the time limitations imposed by the client or the circumstances encountered while performing the services, the experience, reputation and ability of the professional(s) involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

5. *Applicant shall serve the within Order on all interested parties and file a Certificate of Service.*

_____
GREGORY L. TADDONIO    drb
Chief United States Bankruptcy Judge

cc: Debtor
 Counsel
 Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20029-GLT |
| Hunter J. Green | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Apr 17, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hunter J. Green, 47 Iowa Street, Apt. 7, Uniontown, PA 15401-3521 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com |
| Robert H. Slone, Trustee | on behalf of Trustee Robert H. Slone Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com |
| Sarah Elizabeth Connelly | on behalf of Debtor Hunter J. Green Sarah@zeblaw.com janet@zeblaw.com;sheila@zeblaw.com;connelly.sarahr63228@notify.bestcase.com |

District/off: 0315-2        User: auto        Page 2 of 2

Date Rcvd: Apr 17, 2023        Form ID: pdf900        Total Noticed: 1

TOTAL: 6