IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No.: 23-20029 GLT |
| | ) | |
| Hunter J. Green, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Document No.: _____ |
| | ) | |
| Hunter J. Green, | ) | Hearing Date and Time: September 8, 2023, at 10:30 a.m. |
| | ) | |
| Debtor/Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Robert H. Slone, | ) | |
| | ) | |
| Trustee/Respondent. | ) | |

CERTIFICATION OF NO OBJECTION
REGARDING DEBTOR'S MOTION TO ABANDON ASSETS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtor's Motion to Abandon Assets filed on July 28, 2023, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Debtor's Motion to Abandon Assets appears thereon. Pursuant to the Notice of Hearing, objections to the Debtor's Motion to Abandon Assets were to be filed and served no later than August 14, 2023.

It is hereby respectfully requested that the Order attached to the Debtor's Motion to Abandon Assets be entered by the Court.

ZEBLEY MEHALOV & WHITE, P.C.

Dated: August 16, 2023

By /s/ Sarah E. Connelly
Sarah E. Connelly
PA I.D. No. 309026
P.O. Box 2123
Uniontown, PA 15401
(724) 439-9200
Email: Sarah@Zeblaw.com