The Honorable: JUD GREGORY L TADDONIO
Chapter 7
Location: Courtroom A-Pittsburgh
Hearing Date: 02/08/2024
Hearing Time: 10:00 a.m.
Response Date: 01/22/2024

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | | |
|---|---|---|
| In re: | | |
| GREEN, HUNTER J. | § | Case No. 23-20029-GLT |
| Debtor | § | Chapter 7 |
| | § | |
| ROBERT H. SLONE, TRUSTEE | § | |
| Movant | § | |
| | § | |
| VS. | § | |
| | § | |
| NO RESPONDENTS | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert H. Slone, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 24 days from the mailing of this notice (by January 22, 2024), serve a copy of the objections upon the Trustee, any party whose application is being challenged, and the United States Trustee. An in-person hearing will be held on Thursday, February 8, 2024 at 10:00 a.m. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. In accordance with Judge Taddonio' s procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) no later than 4:00 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at http://www.pawb.uscourts. gov/sites/default/files/pdfs/glt-proc.pdf). Parties who fail to timely register for remote participation will be expected to attend the hearing in person.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: <u>12/27/2023</u>     Robert H. Slone: <u>/s/ Robert H. Slone</u>

                                                                                                            Trustee

Robert H. Slone
223 South Maple
Greensburg, PA 15601
(724) 834-2990
robertslone223@gmail.com

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| The Honorable: | JUD GREGORY L TADDONIO |
|  | Chapter 7 |
| Location: | Courtroom A-Pittsburgh |
| Hearing Date: | 02/08/2024 |
| Hearing Time: | 10:00 a.m. |
| Response Date: | 01/22/2024 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Pittsburgh DIVISION**

In re:
HUNTER J. GREEN                              § Case No. 23-20029-GLT
                                             § Chapter 7
                                             §
                                             §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of :* | $ 8,971.54 |
| *and approved disbursements of:* | $ 27.35 |
| *leaving a balance on hand of[1]:* | $ 8,944.19 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 8,944.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Robert H. Slone | 1,647.15 | 0.00 | 1,647.15 |
| Trustee, Expenses - Robert H. Slone | 43.35 | 0.00 | 43.35 |
| Attorney for Trustee Fees - ROBERT H. SLONE | 1,105.00 | 0.00 | 1,105.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|   | Total to be paid for chapter 7 administrative expenses: | $ | 2,795.50 |
|---|---|---|---|
|   | Remaining balance: | $ | 6,148.69 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|   | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 6,148.69 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 6,148.69 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $136,213.68 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 6,165.06 | 0.00 | 278.29 |
| 2 | Commerce Bank | 9,761.54 | 0.00 | 440.64 |
| 3 | Citibank, N.A. | 14,560.25 | 0.00 | 657.25 |
| 4 | Citibank, N.A. | 1,919.29 | 0.00 | 86.64 |
| 5 | Bank of America, N.A. | 6,040.37 | 0.00 | 272.66 |
| 6 | LVNV Funding, LLC | 21,423.59 | 0.00 | 967.06 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 7 | Discover Bank | 13,475.62 | 0.00 | 608.29 |
| 8 | Capital One N.A. | 5,852.85 | 0.00 | 264.20 |
| 9 | JPMorgan Chase Bank, N.A. | 9,015.69 | 0.00 | 406.97 |
| 10 | American Express National Bank | 2,395.38 | 0.00 | 108.13 |
| 11 | KeyBank N.A. | 6,390.32 | 0.00 | 288.46 |
| 12 | LVNV Funding, LLC | 23,863.15 | 0.00 | 1,077.18 |
| 13 | Jefferson Capital Systems LLC | 4,946.14 | 0.00 | 223.27 |
| 14 | Jefferson Capital Systems LLC | 1,395.30 | 0.00 | 62.98 |
| 15 | Portfolio Recovery Associates, LLC | 3,183.98 | 0.00 | 143.72 |
| 16 | Portfolio Recovery Associates, LLC | 5,825.15 | 0.00 | 262.95 |

Total to be paid for timely general unsecured claims:     $     6,148.69
Remaining balance:     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims:     $     0.00
Remaining balance:     $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

None

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Robert H. Slone: /s/ Robert H. Slone
Trustee

Robert H. Slone
223 South Maple
Greensburg, PA 15601
(724) 834-2990
robertslone223@gmail.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20029-GLT |
| Hunter J. Green | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Dec 27, 2023 | Form ID: pdf900 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hunter J. Green, 47 Iowa Street, Apt. 7, Uniontown, PA 15401-3521 |
| 15559808 | + | DNF Associates, LLC, 2351 N. Forest Road, Suite 110, Getzville, NY 14068-9902 |
| 15559810 | + | First Bank & Trust, P.O. Box 9208, Old Bethpage, NY 11804-9208 |
| 15559834 | + | Webbank/Prosper Funding, LLC, 221 Main Street--Suite 300, San Francisco, CA 94105-1906 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 27 2023 23:53:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15559799 | + | Email/PDF: bncnotices@becket-lee.com | Dec 27 2023 23:53:22 | American Express, P.O. Box 981540, El Paso, TX 79998-1540 |
| 15601521 | | Email/PDF: bncnotices@becket-lee.com | Dec 28 2023 00:56:26 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15559800 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 27 2023 23:46:00 | Bank of America, N.A., Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15593694 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 27 2023 23:46:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15559806 | | Email/Text: correspondence@credit-control.com | Dec 27 2023 23:46:00 | Credit Control, LLC, 3300 Rider Trail S, Suite 500, Earth City, MO 63045 |
| 15559801 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2023 23:53:35 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15596945 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2023 23:53:19 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15559802 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 27 2023 23:46:00 | Capital One/Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 15592293 | + | Email/Text: bankruptcy@cavps.com | Dec 27 2023 23:47:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15559804 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2023 23:53:10 | Citibank, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 15593360 | | Email/Text: bnc-quantum@quantum3group.com | Dec 27 2023 23:47:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 15593359 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2023 23:53:39 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15559805 | + | Email/Text: bankruptcy@commercebank.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15559821 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2023 23:47:00 | Commerce Bank, P.O. Box 419248, Mailstop: KCREC-10, Kansas City, MO 64141-6248 |
| 15596763 | + | Email/Text: mrdiscen@discover.com | Dec 27 2023 23:53:36 | Macy's, Bankruptcy Processing, 9111 Duke Boulevard, Mason, OH 45040 |
| 15559807 | + | Email/Text: mrdiscen@discover.com | Dec 27 2023 23:46:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 15559811 | | Email/Text: SAABankruptcy@fcbanking.com | Dec 27 2023 23:46:00 | Discover Financial Services, LLC, Attn: Bankruptcy Department, PO Box 3025, New Albany, OH 43054-3025 |
| 15559809 | | Email/Text: data_processing@fin-rec.com | Dec 27 2023 23:46:00 | First Commonwealth Bank, P.O. Box 400, Indiana, PA 15701-0400 |
| 15559812 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 27 2023 23:47:00 | Financial Recovery Services, Inc., P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 15559813 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 27 2023 23:47:00 | Genesis FS Card Services Mastercard, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 15559814 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Dec 27 2023 23:46:00 | Goldman Sachs Bank USA/Apple Card, P.O. Box 70379, Philadelphia, PA 19176-0379 |
| 15559815 | + | Email/Text: bankruptcy@huntington.com | Dec 27 2023 23:46:00 | HSBC Bank, P.O. Box 2013, Buffalo, NY 14240-2013 |
| 15559816 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 27 2023 23:47:00 | Huntington National Bank, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 15613165 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 27 2023 23:47:00 | Indigo Mastercard, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 15559803 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 27 2023 23:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15598799 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 27 2023 23:53:21 | Chase, P.O. Box 15298, Wilmington, DE 19850-5299 |
| 15559817 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 27 2023 23:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15603719 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 27 2023 23:47:00 | KeyBank, Bankruptcy Department, OH-01-51-0622, 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 15559818 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 27 2023 23:47:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15593998 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2023 23:46:00 | Kohl's/Capital One, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15559819 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2023 23:53:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15559820 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2023 23:53:10 | LVNV Funding/Resurgent Capital Services, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15559823 | | Email/Text: EBN@Mohela.com | Dec 27 2023 23:53:37 | LVNV Funding/Resurgent Capital Servuces, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15559824 | ^ | MEBN | Dec 27 2023 23:46:00 | MOHELA/US Department of Education, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 15559822 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 27 2023 23:42:37 | MRS BPO, LLC, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 15559825 | ^ | MEBN | Dec 27 2023 23:47:00 | Milestone Mastercard, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 15559826 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 27 2023 23:42:36 | NCB Management Services, Inc., P. O. Box 1099, Langhorne, PA 19047-6099 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 27 2023 23:46:00 | PNC Mortgage, Attn: Bankruptcy, P.O. Box 8819, Dayton, OH 45401 |
| 15559827 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2023 23:53:09 | Portfolio Recovery, 140 Corporate Boulevard--Suite 1, Norfolk, VA 23502 |
| 15613169 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2023 23:53:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15559828 | + | Email/Text: bknotice@raslavrar.com | Dec 27 2023 23:46:00 | RAS LaVrar, LLC, 1133 S. University Drive, 2nd Floor, Plantation, FL 33324-3303 |
| 15560116 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 28 2023 00:32:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15559830 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2023 23:53:22 | Synchrony Bank/Amazon, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15559831 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2023 23:53:09 | Synchrony Bank/Dick's Score Rewards, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15559832 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 28 2023 00:44:32 | Synchrony Bank/Sam's Club, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15559833 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2023 23:53:09 | Synchrony Bank/Venmo, Attn: Bankruptcy Deptartment, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15559835 | + | Email/Text: BKRMailOps@weltman.com | Dec 27 2023 23:47:00 | Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15559829 | ##+ | SoFi Lending Corp., 10701 Parkridge Boulevard--Suite 120, Reston, VA 20191-4423 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2023   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2023 at the address(es) listed below:

**Name**   **Email Address**

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2023 | Form ID: pdf900 | Total Noticed: 51 |

Brian Nicholas
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Charles O. Zebley, Jr.
    on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
    robertslone223@gmail.com rslone@mahadylegal.com;pa07@ecfcbis.com

Robert H. Slone, Trustee
    on behalf of Trustee Robert H. Slone Trustee robertslone223@gmail.com, rslone@mahadylegal.com;pa07@ecfcbis.com

Sarah Elizabeth Connelly
    on behalf of Debtor Hunter J. Green Sarah@zeblaw.com
    janet@zeblaw.com;sheila@zeblaw.com;connelly.sarahr63228@notify.bestcase.com

TOTAL: 6