UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

FILED
1/24/24 12:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br><br>GREEN, HUNTER J.<br><br>Debtor<br><br>ROBERT H. SLONE, TRUSTEE<br><br>Movant<br><br>VS.<br><br>NO RESPONDENTS | CHAPTER 7<br><br>CASE NO. 23-20029-GLT<br><br>Related to Dkt. No. 52<br>Hearing: February 8, 2024 at 10 a.m. |

**ORDER OF DISTRIBUTION**

AND NOW, this 24th day of January 2024, the Trustee, ROBERT H. SLONE, is hereby ordered and directed to (i) distribute to the parties in interest listed in the attached Distribution Schedule(s), estate monies in the amounts indicated in such Schedule(s), within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all canceled checks corresponding to the disbursements of estate funds as shown in the Trustee's Final Report and Account. In the event that the Trustee is notified that a debt for which a valid Proof of Claim was filed has been otherwise satisfied, either in full or in part, and the funds paid to any such creditor are returned to the Trustee, the Trustee may distribute the funds so returned in the same manner as approved by this Order, except that the Trustee shall not distribute any funds in connection with the claim with regard to which said funds have been returned to the Trustee.

Prepared by:  Robert H. Slone, Esq.

**DEFAULT ENTRY**

Dated: January 24, 2024

_____  jah
Gregory L. Taddonio
Chief United States Bankruptcy Judge

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No. 23-20029
Case Name: HUNTER J. GREEN
Trustee Name: Robert H. Slone

**Balance on hand:** $ 8,944.19

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 8,944.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Robert H. Slone | 1,647.15 | 0.00 | 1,647.15 |
| Trustee, Expenses - Robert H. Slone | 43.35 | 0.00 | 43.35 |
| Attorney for Trustee Fees - ROBERT H. SLONE | 1,105.00 | 0.00 | 1,105.00 |

Total to be paid for chapter 7 administrative expenses: $ 2,795.50
Remaining balance: $ 6,148.69

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,148.69

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,148.69

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $136,213.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 6,165.06 | 0.00 | 278.29 |
| 2 | Commerce Bank | 9,761.54 | 0.00 | 440.64 |
| 3 | Citibank, N.A. | 14,560.25 | 0.00 | 657.25 |
| 4 | Citibank, N.A. | 1,919.29 | 0.00 | 86.64 |
| 5 | Bank of America, N.A. | 6,040.37 | 0.00 | 272.66 |
| 6 | LVNV Funding, LLC | 21,423.59 | 0.00 | 967.06 |
| 7 | Discover Bank | 13,475.62 | 0.00 | 608.29 |
| 8 | Capital One N.A. | 5,852.85 | 0.00 | 264.20 |
| 9 | JPMorgan Chase Bank, N.A. | 9,015.69 | 0.00 | 406.97 |
| 10 | American Express National Bank | 2,395.38 | 0.00 | 108.13 |
| 11 | KeyBank N.A. | 6,390.32 | 0.00 | 288.46 |
| 12 | LVNV Funding, LLC | 23,863.15 | 0.00 | 1,077.18 |
| 13 | Jefferson Capital Systems LLC | 4,946.14 | 0.00 | 223.27 |
| 14 | Jefferson Capital Systems LLC | 1,395.30 | 0.00 | 62.98 |
| 15 | Portfolio Recovery Associates, LLC | 3,183.98 | 0.00 | 143.72 |
| 16 | Portfolio Recovery Associates, LLC | 5,825.15 | 0.00 | 262.95 |

**UST Form 101-7-TFR(5/1/2011)**

|   | Total to be paid for timely general unsecured claims: | $ | 6,148.69 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |

|   | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |

|   | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

Date: Dec 19, 2023     Signed: /s/ Robert H. Slone
Robert H. Slone, Trustee
223 South Maple
Greensburg, PA 15601
(724) 834-2990

**UST Form 101-7-TFR(5/1/2011)**

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20029-GLT |
| Hunter J. Green | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 24, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hunter J. Green, 47 Iowa Street, Apt. 7, Uniontown, PA 15401-3521 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2024            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com  rslone@mahadylegal.com;pa07@ecfcbis.com |
| Robert H. Slone, Trustee | on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@mahadylegal.com;pa07@ecfcbis.com |
| Sarah Elizabeth Connelly | on behalf of Debtor Hunter J. Green Sarah@zeblaw.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jan 24, 2024 | Form ID: pdf900 | Total Noticed: 1

janet@zeblaw.com;sheila@zeblaw.com;connelly.sarahr63228@notify.bestcase.com

TOTAL: 6