**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Pittsburgh DIVISION**

| | | |
|---|---|---|
| In re: | | |
| GREEN, HUNTER J. | § | Case No. 23-20029 |
| Debtor | § | Chapter 7 |
| | § | |
| ROBERT H. SLONE, TRUSTEE | § | |
| Movant | § | |
| | § | |
| VS. | § | |
| | § | |
| NO RESPONDENTS | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Robert H. Slone, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | |
|---|---|---|
| Assets Abandoned: $64,584.52 | | Assets Exempt: $74,280.02 |
| *(without deducting any secured claims)* | | |
| Total Distributions to Claimants: $6,148.69 | | Claims Discharged Without Payment: $221,427.99 |
| Total Expenses of Administration: $2,822.85 | | |

3) Total gross receipts of $8,971.54 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $8,971.54 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $159,884.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,822.85 | $2,822.85 | $2,822.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $221,486.00 | $136,213.68 | $136,213.68 | $6,148.69 |
| **TOTAL DISBURSEMENTS** | $381,370.00 | $139,036.53 | $139,036.53 | $8,971.54 |

4) This case was originally filed under chapter 7 on 01/06/2023.  The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    04/09/2024                    By: /s/ Robert H. Slone
                                                           Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Death benefit from deceased father's Greater PA Carpenters' Pension Fund | 1229-000 | $3,400.00 |
| Interest in the Estate of Joseph G. Green | 1229-000 | $5,571.54 |
| **TOTAL GROSS RECEIPTS** | | **$8,971.54** |
| [1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.* | | |

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Huntington National Bank | 4110-000 | $17,921.00 | NA | NA | NA |
| N/F | PNC Mortgage | 4110-000 | $141,963.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$159,884.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Robert H. Slone | 2100-000 | NA | $1,647.15 | $1,647.15 | $1,647.15 |
| Trustee, Expenses - Robert H. Slone | 2200-000 | NA | $43.35 | $43.35 | $43.35 |
| Attorney for Trustee Fees - ROBERT H. SLONE | 3110-000 | NA | $1,105.00 | $1,105.00 | $1,105.00 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $27.35 | $27.35 | $27.35 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$2,822.85** | **$2,822.85** | **$2,822.85** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | None | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | | None | | |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-000 | NA | $6,165.06 | $6,165.06 | $278.29 |
| 2 | Commerce Bank | 7100-000 | $9,761.00 | $9,761.54 | $9,761.54 | $440.64 |
| 3 | Citibank, N.A. | 7100-000 | $14,560.00 | $14,560.25 | $14,560.25 | $657.25 |
| 4 | Citibank, N.A. | 7100-000 | $1,919.00 | $1,919.29 | $1,919.29 | $86.64 |
| 5 | Bank of America, N.A. | 7100-000 | $6,040.00 | $6,040.37 | $6,040.37 | $272.66 |
| 6 | LVNV Funding, LLC | 7100-000 | $23,863.00 | $21,423.59 | $21,423.59 | $967.06 |
| 7 | Discover Bank | 7100-000 | $13,475.00 | $13,475.62 | $13,475.62 | $608.29 |
| 8 | Capital One N.A. | 7100-000 | $5,852.00 | $5,852.85 | $5,852.85 | $264.20 |
| 9 | JPMorgan Chase Bank, N.A. | 7100-000 | $9,015.00 | $9,015.69 | $9,015.69 | $406.97 |
| 10 | American Express National Bank | 7100-000 | $2,395.00 | $2,395.38 | $2,395.38 | $108.13 |
| 11 | KeyBank N.A. | 7100-000 | $6,390.00 | $6,390.32 | $6,390.32 | $288.46 |
| 12 | LVNV Funding, LLC | 7100-000 | $21,423.00 | $23,863.15 | $23,863.15 | $1,077.18 |
| 13 | Jefferson Capital Systems LLC | 7100-000 | $4,946.00 | $4,946.14 | $4,946.14 | $223.27 |
| 14 | Jefferson Capital Systems LLC | 7100-000 | $1,395.00 | $1,395.30 | $1,395.30 | $62.98 |
| 15 | Portfolio Recovery Associates, LLC | 7100-000 | $3,224.00 | $3,183.98 | $3,183.98 | $143.72 |
| 16 | Portfolio Recovery Associates, LLC | 7100-000 | $5,865.00 | $5,825.15 | $5,825.15 | $262.95 |
| N/F | Capital One/Kohl's | 7100-000 | $2,615.00 | NA | NA | NA |

| N/F | First Bank & Trust | 7100-000 | $6,665.00 | NA | NA | NA |
| N/F | First Commonwealth Bank | 7100-000 | $90.00 | NA | NA | NA |
| N/F | Goldman Sachs Bank USA/Apple Card | 7100-000 | $6,073.00 | NA | NA | NA |
| N/F | HSBC Bank | 7100-000 | $6,665.00 | NA | NA | NA |
| N/F | Indigo Mastercard | 7100-000 | $81.00 | NA | NA | NA |
| N/F | MOHELA/US Department of Education | 7100-000 | $69,079.00 | NA | NA | NA |
| N/F | Milestone Mastercard | 7100-000 | $95.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$221,486.00** | **$136,213.68** | **$136,213.68** | **$6,148.69** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:  1

**Case No.:**   23-20029

**Case Name:**   HUNTER J. GREEN

**For Period Ending:**   04/09/2024

**Trustee Name:**   (580040) Robert H. Slone

**Date Filed (f) or Converted (c):**   01/06/2023 (f)

**§ 341(a) Meeting Date:**   02/24/2023

**Claims Bar Date:**   06/26/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 207 Cypress Street, West Newton, PA 15089-0000, Westmoreland County (See Footnote) | 86,750.00 | 0.00 | OA | 0.00 | 0.00 |
| 2 | 2019 Mitsubishi Eclipse Cross, 37,500 miles | 18,700.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods and Furnishings<br><br>4 rooms of furniture, household goods, appliances, including a fully equipped kitchen, furnished living room, 1 furnished bedroom and a garage, all of minimal value, with no one item exceeding the limit. | 2,500.00 | 0.00 | | 0.00 | FA |
| 4 | 1 laptop computer, 1 desktop computer and various other electronics | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | AR-15and 2 pistols | 1,900.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing, of minimal value | 300.00 | 0.00 | | 0.00 | FA |
| 7 | 1 dog, 1 cat and 6 Chickens | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Checking: S&T Bank | 18.00 | 0.00 | | 0.00 | FA |
| 10 | Savings: S&T Bank | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Investment through Diversyfund in a real estate investment trust.<br><br>Debtor had to sign a 3 year contract and cannot withdraw the money before the expiration of the contract term. | 1,059.00 | 0.00 | | 0.00 | FA |
| 12* | Death benefit from deceased father's Greater PA Carpenters' Pension Fund (u) (See Footnote) | 4,250.00 | 3,400.00 | | 3,400.00 | FA |
| 13 | Death benefit from deceased father's Local Carpenter's Union (u) | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 14 | Interest in the Estate of Joseph G. Green (u)<br><br>Debtor's interest in his deceased father's estate. | Unknown | 0.00 | | 5,571.54 | FA |
| 15 | Pension: Pension benefits from deceased father's Greater Pennsylvania Carpenters' Pension Fund as beneficiary subject to income tax. Debtor will receive $600 per month for a period of 7 years. (u) | 37,907.52 | 0.00 | | 0.00 | FA |
| **15** | **Assets Totals (Excluding unknown values)** | **$155,584.52** | **$4,400.00** | | **$8,971.54** | **$0.00** |

RE PROP# 1      Asset abandoned per Court Order @ Doc. 45

RE PROP# 12     Net benefit received by TTE--$850 was withheld for federal taxes

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

**Case No.:**  23-20029

**Case Name:**  HUNTER J. GREEN

**For Period Ending:**  04/09/2024

**Trustee Name:**  (580040) Robert H. Slone

**Date Filed (f) or Converted (c):**  01/06/2023 (f)

**§ 341(a) Meeting Date:**  02/24/2023

**Claims Bar Date:**  06/26/2023

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  03/15/2024

**Current Projected Date Of Final Report (TFR):**  12/19/2023 (Actual)

04/09/2024
_____
Date

/s/Robert H. Slone
_____
Robert H. Slone

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 23-20029 | Trustee Name: | Robert H. Slone (580040) |
|---|---|---|---|
| Case Name: | HUNTER J. GREEN | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5517 | Account #: | 3910531903 Checking |
| For Period Ending: | 04/09/2024 | Blanket Bond (per case limit): | $10,301,556.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/22/23 | {12} | Zebley Mehalov & White, PC | Death benefit from deceased father's pension fund | 1229-000 | 3,400.00 | | 3,400.00 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,395.00 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.07 | 3,389.93 |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.97 | 3,383.96 |
| 09/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.24 | 3,378.72 |
| 10/30/23 | {14} | Hunter Green | Payout from Hunter Green for assets from Estate of Joseph Green | 1229-000 | 4,500.00 | | 7,878.72 |
| 10/30/23 | {14} | Hunter Green | Final distribution of Estate of Joseph Green | 1229-000 | 1,071.54 | | 8,950.26 |
| 10/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.07 | 8,944.19 |
| 02/08/24 | 101 | ROBERT H. SLONE | HUNTER J. GREEN23-20029 Distribution payment - Dividend paid at 100.00% of $1,105.00; Claim # ATTY FEE; Filed: $1,105.00 | 3110-000 | | 1,105.00 | 7,839.19 |
| 02/08/24 | 102 | Robert H. Slone | HUNTER J. GREEN23-20029 Distribution payment - Dividend paid at 100.00% of $1,647.15; Claim # FEE; Filed: $1,647.15 | 2100-000 | | 1,647.15 | 6,192.04 |
| 02/08/24 | 103 | Robert H. Slone | HUNTER J. GREEN23-20029 Distribution payment - Dividend paid at 100.00% of $43.35; Claim # TE; Filed: $43.35 | 2200-000 | | 43.35 | 6,148.69 |
| 02/08/24 | 104 | Cavalry SPV I, LLC | HUNTER J. GREEN23-20029 Distribution payment - Dividend paid at 4.51% of $6,165.06; Claim # 1; Filed: $6,165.06 | 7100-000 | | 278.29 | 5,870.40 |
| 02/08/24 | 105 | Commerce Bank | HUNTER J. GREEN23-20029 Distribution payment - Dividend paid at 4.51% of $9,761.54; Claim # 2; Filed: $9,761.54 | 7100-000 | | 440.64 | 5,429.76 |
| 02/08/24 | 106 | Citibank, N.A. | HUNTER J. GREEN23-20029 Distribution payment - Dividend paid at 4.51% of $14,560.25; Claim # 3; Filed: $14,560.25 | 7100-000 | | 657.25 | 4,772.51 |
| 02/08/24 | 107 | Citibank, N.A. | HUNTER J. GREEN23-20029 Distribution payment - Dividend paid at 4.51% of $1,919.29; Claim # 4; Filed: $1,919.29 | 7100-000 | | 86.64 | 4,685.87 |
| 02/08/24 | 108 | Bank of America, N.A. | HUNTER J. GREEN23-20029 Distribution payment - Dividend paid at 4.51% of $6,040.37; Claim # 5; Filed: $6,040.37 | 7100-000 | | 272.66 | 4,413.21 |
| 02/08/24 | 109 | LVNV Funding, LLC | HUNTER J. GREEN23-20029 Distribution payment - Dividend paid at 4.51% of $21,423.59; Claim # 6; Filed: $21,423.59 | 7100-000 | | 967.06 | 3,446.15 |
| 02/08/24 | 110 | Discover Bank | HUNTER J. GREEN23-20029 Distribution payment - Dividend paid at 4.51% of $13,475.62; Claim # 7; Filed: $13,475.62 | 7100-000 | | 608.29 | 2,837.86 |

Page Subtotals:        $8,971.54        $6,133.68

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 23-20029 | Trustee Name: | Robert H. Slone (580040) |
|---|---|---|---|
| Case Name: | HUNTER J. GREEN | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5517 | Account #: | 3910531903 Checking |
| For Period Ending: | 04/09/2024 | Blanket Bond (per case limit): | $10,301,556.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/08/24 | 111 | Capital One N.A. | HUNTER J. GREEN23-20029 Distribution payment - Dividend paid at 4.51% of $5,852.85; Claim # 8; Filed: $5,852.85 | 7100-000 | | 264.20 | 2,573.66 |
| 02/08/24 | 112 | JPMorgan Chase Bank, N.A. | HUNTER J. GREEN23-20029 Distribution payment - Dividend paid at 4.51% of $9,015.69; Claim # 9; Filed: $9,015.69 | 7100-000 | | 406.97 | 2,166.69 |
| 02/08/24 | 113 | American Express National Bank | HUNTER J. GREEN23-20029 Distribution payment - Dividend paid at 4.51% of $2,395.38; Claim # 10; Filed: $2,395.38 | 7100-000 | | 108.13 | 2,058.56 |
| 02/08/24 | 114 | KeyBank N.A. | HUNTER J. GREEN23-20029 Distribution payment - Dividend paid at 4.51% of $6,390.32; Claim # 11; Filed: $6,390.32 | 7100-000 | | 288.46 | 1,770.10 |
| 02/08/24 | 115 | LVNV Funding, LLC | HUNTER J. GREEN23-20029 Distribution payment - Dividend paid at 4.51% of $23,863.15; Claim # 12; Filed: $23,863.15 | 7100-000 | | 1,077.18 | 692.92 |
| 02/08/24 | 116 | Jefferson Capital Systems LLC | HUNTER J. GREEN23-20029 Distribution payment - Dividend paid at 4.51% of $4,946.14; Claim # 13; Filed: $4,946.14 | 7100-000 | | 223.27 | 469.65 |
| 02/08/24 | 117 | Jefferson Capital Systems LLC | HUNTER J. GREEN23-20029 Distribution payment - Dividend paid at 4.51% of $1,395.30; Claim # 14; Filed: $1,395.30 | 7100-000 | | 62.98 | 406.67 |
| 02/08/24 | 118 | Portfolio Recovery Associates, LLC | HUNTER J. GREEN23-20029 Distribution payment - Dividend paid at 4.51% of $3,183.98; Claim # 15; Filed: $3,183.98 | 7100-000 | | 143.72 | 262.95 |
| 02/08/24 | 119 | Portfolio Recovery Associates, LLC | HUNTER J. GREEN23-20029 Distribution payment - Dividend paid at 4.51% of $5,825.15; Claim # 16; Filed: $5,825.15 | 7100-000 | | 262.95 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,971.54 | 8,971.54 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 8,971.54 | 8,971.54 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $8,971.54 | $8,971.54 | |

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| | | | |
|---|---|---|---|
| **Case No.:** | 23-20029 | **Trustee Name:** | Robert H. Slone (580040) |
| **Case Name:** | HUNTER J. GREEN | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***5517 | **Account #:** | 3910531903 Checking |
| **For Period Ending:** | 04/09/2024 | **Blanket Bond (per case limit):** | $10,301,556.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $8,971.54 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $8,971.54 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| 3910531903 Checking | $8,971.54 | $8,971.54 | $0.00 |
| | **$8,971.54** | **$8,971.54** | **$0.00** |

| | |
|---|---|
| 04/09/2024 | /s/Robert H. Slone |
| Date | Robert H. Slone |